THE STATE OF OHIO, APPELLEE, *v.* LAMPKIN, APPELLANT.

[Cite as *State v. Lampkin,* 130 Ohio St.3d 270, 2011-Ohio-5715.]

*Court of appeals' judgment reversed on the authority of* State v. Lester.

(Nos. 2010-1975 and 2010-2232—Submitted November 2, 2011—Decided November 9, 2011.)

APPEAL from the Court of Appeals for Lucas County, No. L-09-1270, 2010-Ohio-4934.

_____

**{¶ 1}** The judgment of the court of appeals is reversed on the authority of *State v. Lester*, 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

_____

Julia R. Bates, Lucas County Prosecuting Attorney, and Kevin A. Pituch and Evy M. Jarrett, Assistant Prosecuting Attorneys, for appellee.

Kenneth J. Rexford & Co., L.L.C., and Kenneth J. Rexford, for appellant.

_____